SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
ANGEL GARCIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GARCIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>FELIPE CARLOS D/B/A AIR DREAMS; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:25-cv-06216-SSC**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff ANGEL GARCIA ("Plaintiff") and Defendant FELIPE CARLOS D/B/A AIR DREAMS stipulate that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

\\

Respectfully submitted,

DATED:  December 1, 2025                SO. CAL. EQUAL ACCESS GROUP


By:    /s/  Jason J. Kim
          Jason J. Kim
          Attorneys for Plaintiff


DATED:  December 1, 2025

By:    /s/ Felipe Carlos
          FELIPE CARLOS D/B/A AIR DREAMS, as
          in pro se

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  December 1, 2025                By:  /s/ Jason J. Kim
                                                   Jason J. Kim

-2-

STIPULATION FOR DISMISSAL